[34 NE3d 51, 12 NYS3d 23]

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL RUTLEDGE, Appellant.

Decided June 9, 2015

### APPEARANCES OF COUNSEL

*Robert S. Dean, Center for Appellate Litigation*, New York City, for appellant.

*Cyrus R. Vance, Jr., District Attorney*, New York City (*Sylvia Wertheimer* of counsel), for respondent.

### OPINION OF THE COURT

On review of submissions pursuant to section 500.11 of the Rules of the Court of Appeals (22 NYCRR), order reversed, defendant's motion to suppress granted, and case remitted to Supreme Court, New York County, for further proceedings on the indictment (*see People v Dunbar*, 24 NY3d 304 [2014]).

Concur: Chief Judge LIPPMAN and Judges READ, PIGOTT, RIVERA, ABDUS-SALAAM, STEIN and FAHEY.